# Court of Appeals
# of the State of Georgia

ATLANTA,  May 23, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1182.  IN THE INTEREST OF K. S., a child.**

This appeal from an adjudication of delinquency was docketed on March 13, 2023. On April 13, not having received an appellant's brief, this Court ordered appellant, who is represented by counsel, to file a brief by April 24. No brief was filed by that date, however. Instead, on May 2, counsel moved to withdraw. We denied this motion because it did not show that the client had been notified or consented to the withdrawal. See Court of Appeals Rule 9 (d). On May 3, counsel again moved to withdraw.

A juvenile has a right to counsel in "all proceedings" before the juvenile court. OCGA § 15-11-475 (a). See also *Seay v. State*, 220 Ga. App. 418, 418 (469 SE2d 496) (1996) (criminal defendants are entitled to counsel "at every critical stage of the proceedings against them, including appeal"); OCGA § 17-12-5 (b) (1) (the Indigent Defense Act applies to "criminal or juvenile" cases).

The record before us does not include the motion to withdraw apparently filed in the juvenile court, and the juvenile should not suffer from a procedural default on appeal as a result of actions or omissions of which he is not aware. See, e.g., *In re J. L. B.*, 280 Ga. App. 556, 559 (3) (634 SE2d 514) (2006) (dismissing an appeal brought by the parents of a juvenile would be "manifestly unfair" and in violation of OCGA § 5-6-30's instruction to avoid dismissal). The second motion to withdraw filed by counsel on May 3 still fails to comply with this Court's rules, and it is not clear whether the juvenile would be represented by any counsel if his current counsel's motion to withdraw is granted. We therefore DENY the second motion to withdraw and REMAND this case to the juvenile court for consideration of counsel's motion to withdraw and what protections, if any, should be put in place for the juvenile's representation. The juvenile may file a new notice of appeal within 30 days of the entry of the juvenile court's order on that motion.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/23/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*